Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00641-CV

**IN RE FOUNTAINS INTERNATIONAL GROUP, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed: October 19, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On September 3, 2010, relator filed a petition for writ of mandamus, which was abated after this court received notice that the underlying proceeding was removed to the United States District Court for the Western District of Texas, San Antonio Division. On September 28, 2011, the petition was reinstated on this court's docket following the federal district court's order remanding the case. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-19854, styled *Fountains International Group, Inc. v. Ray Winn and Peter Kavoian*, in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding. However, the order complained of was signed by the Honorable Solomon Casseb, III, presiding judge of the 288th Judicial District Court, Bexar County, Texas.